UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ERIC D. GANT,**

**Plaintiff,**

**v.** **Case No. 6:26-cv-1295-CEM-CAB**

**PAUL G. BYRON,**

**Defendant.**

_________________________________/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *in Forma Pauperis* ("Motion," Doc. 9). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 13), recommending that the Motion be denied and the Complaint (Doc. 1) be dismissed with prejudice.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 13) is **ADOPTED** and made a part of this Order.
2. Plaintiff's Motion to Proceed *in Forma Pauperis* (Doc. 9) is **DENIED**.
3. The Complaint (Doc. 1) is **DISMISSED with prejudice**.

4. The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 3, 2026

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party